## CHIN YING v. THE UNITED STATES.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF NEW YORK.

No. 526. Argued March 13, 14, 1902.—Decided June 2, 1902.

MR. CHIEF JUSTICE FULLER. This case is similar to that just decided, and the judgment of the court below is

*Affirmed.*

MR. JUSTICE GRAY did not hear the argument and took no part in these decisions.

MR. JUSTICE BREWER and MR. JUSTICE PECKHAM dissented.